Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| VANESSA SIMMONDS,<br><br>     Plaintiff,<br><br>  v.<br><br>GOLDMAN SACHS & CO., a New York limited partnership,<br><br>MORGAN STANLEY & CO. INCORPORATED, a Delaware corporation,<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, a Delaware corporation,<br><br>BANK OF AMERICA CORPORATION, a Delaware corporation,<br><br>ROBERTSON STEPHENS, INC., a Massachusetts corporation,<br><br>     Defendants,<br><br>     and<br><br>PALM, INC., a Delaware corporation, | NO. C07-1593 JLR<br><br>**PLAINTIFF'S NOTICE OF DISMISSAL** |

PLAINTIFF'S NOTICE OF DISMISSAL – 1
No. C07-1593 JLR

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

Nominal Defendant.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby dismisses this action with prejudice as to the adequacy-of-the-pre-suit-demand issue under the standard articulated by the Ninth Circuit (*see Simmonds v. Credit Suisse Sec. (USA) LLC*, 638 F.3d 1072, 1097 (9th Cir. 2011) (citing *In re Kauffman Mut. Fund Actions,* 479 F.2d 257, 267 (1st Cir.1973)), and without prejudice as to all other issues.

PLAINTIFF'S NOTICE OF DISMISSAL – 2
No. C07-1593 JLR

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

DATED this 11th day of June, 2012.

**GORDON TILDEN THOMAS & CORDELL LLP**
Attorneys for Plaintiff

By   *s/Mark Wilner*
Jeffrey I. Tilden, WSBA #12219
Mark Wilner, WSBA #31550
1001 Fourth Avenue, Suite 4000
Seattle, Washington 98154
Telephone:   (206) 467-6477
Facsimile:   (206) 467-6292
Email: jtilden@gordontilden.com
Email: mwilner@gordontilden.com

**KELLER ROHRBACK L.L.P.**
Attorneys for Plaintiff

By   *s/Ian S. Birk*
William C. Smart, WSBA #8192
Ian S. Birk, WSBA #31431
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone:   (206) 623-1900
Facsimile:   (206) 467-6292
Email: wsmart@kellerrohrback.com
Email: ibirk@kellerrohrback.com

PLAINTIFF'S NOTICE OF DISMISSAL – 3
No. C07-1593 JLR

**GORDON TILDEN THOMAS & CORDELL LLP**
1001 Fourth Avenue, Suite 4000
Seattle, WA  98154
Phone (206) 467-6477
Fax (206) 467-6292

# CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following.

| **Counsel for Defendants Goldman Sachs & Co., Morgan Stanley & Co. Incorporated Merrill Lynch, Pierce, Fenner & Smith Incorporated, Bank of America Corporation and Robertson Stephens, Inc.:**<br><br>Christopher B. Wells<br>Brian J. Meenaghan<br>Ryan McBride<br>LANE POWELL PC<br>E-Mail:     wellsc@lanepowell.com<br><br>            Meenaghanb@lanepowell.com<br>                McBrideR@lanepowell.com | **Counsel for Defendant Goldman Sachs & Co.:**<br><br>Gandolfo V. DiBlasi*<br>Penny Shane*<br>David M.J. Rein*<br>Matthew Peller*<br>SULLIVAN & CROMWELL LLP<br>E-Mail:     diblasig@sullcrom.com<br>            shanep@sullcrom.com<br>            reind@sullcrom.com<br>            pellerm@sullcrom.com<br><br>*Admitted Pro Hac Vice |
| --- | --- |
| **Counsel for Defendant Morgan Stanley & Co. Incorporated:**<br><br>Andrew B. Clubok*<br>Brant W. Bishop*<br>Robert Gilmore*<br>Ross R. Fulton*<br>KIRKLAND & ELLIS LLP<br>E-Mail:     aclubok@kirkland.com<br>            bbishop@kirkland.com<br>            rgilmore@kirkland.com<br>            rfulton@kirkland.com<br>*Admitted Pro Hac Vice | **Counsel for Defendants Bank of America Corporation and Robertson Stephens, Inc.:**<br><br>Andrew J. Frackman*<br>Brendan Dowd*<br>Michael Berengarten*<br>O'MELVENY & MYERS LLP<br>E-Mail:     afrackman@omm.com<br>            bdowd@omm.com<br>            mberengarten@omm.com<br>*Admitted Pro Hac Vice |
| **Counsel for Defendant Merrill Lynch, Pierce, Fenner & Smith Incorporated:**<br><br>Mark Holland*<br>Robert G. Houck* | |

PLAINTIFF'S NOTICE OF DISMISSAL – 4
No. C07-1593 JLR

**GORDON TILDEN THOMAS & CORDELL LLP**
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

| | |
|---|---|
| Mary K. Dulka*<br>Laura McLaren*<br>George Schieren*<br>CLIFFORD CHANCE US LLP<br>E-Mail:<br>Mark.Holland@cliffordchance.com<br>Robert.Houck@cliffordchance.com<br>Mary.Dulka@cliffordchance.com<br>Laura.McLaren@cliffordchance.com<br>George.Schieren@cliffordchance.com<br>*Admitted Pro Hac Vice* | |

                                      *s/Mark Wilner*
                                      Mark Wilner, WSBA # 31550

PLAINTIFF'S NOTICE OF DISMISSAL – 5
No. C07-1593 JLR

**GORDON TILDEN THOMAS & CORDELL LLP**
1001 Fourth Avenue, Suite 4000
Seattle, WA  98154
Phone (206) 467-6477
Fax (206) 467-6292